**Electronically Filed
Supreme Court
SCWC-14-0001108
10-JAN-2018
09:08 AM**

SCWC-14-0001108

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICKEY A. MADDOX,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001108; CAAP-14-0001109;
SPECIAL PROCEEDING PRISONER NO. 13-1-0004
(CRIMINAL NOS. 07-1-0139 and 09-1-0284))

ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Petitioner-Appellant Mickey A. Maddox's Motion for Reconsideration received by the clerk of court December 29, 2017, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, January 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

